```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 32340
    DOROTHEA SMART
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2861


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2004 and was confirmed 12/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
FAIRLANE CREDIT LLC         SECURED         3300.00        266.85         3300.00
FAIRLANE CREDIT LLC         UNSECURED       6896.10           .00          689.61
PREMIER BANCARD CHARTER     UNSECURED        645.78           .00           64.58
AUTOMATIC COLLECTION        UNSECURED      NOT FILED          .00             .00
CITY OF CHICAGO WATER DE    UNSECURED      NOT FILED          .00             .00
CHARTER ONE                 UNSECURED      NOT FILED          .00             .00
CITY OF BLUE ISLAND         UNSECURED       6950.00           .00          695.00
CITY OF CHICAGO PARKING     UNSECURED        790.00           .00           79.00
CITY OF CHICAGO             UNSECURED      NOT FILED          .00             .00
CITY OF CHICAGO             UNSECURED      NOT FILED          .00             .00
COLLECTION COMPANY OF AM    UNSECURED      NOT FILED          .00             .00
EMERGENCY ROOM CARE         UNSECURED      NOT FILED          .00             .00
E R SOLUTIONS INC           UNSECURED      NOT FILED          .00             .00
HOLY CROSS HOSPITAL         UNSECURED      NOT FILED          .00             .00
JEFFREY A KAPP DDS          UNSECURED      NOT FILED          .00             .00
LIBERTY WIRELESS            UNSECURED      NOT FILED          .00             .00
PUBLISHERS CLEARING HOUS    UNSECURED      NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED           .00           .00             .00
FINGERHUT CREDIT ADVANTA    UNSECURED        333.93           .00           33.39
RISK MANAGEMENT ALTERNAT    UNSECURED      NOT FILED          .00             .00
SEARS ROEBUCK & CO          UNSECURED      NOT FILED          .00             .00
VAN RU CREDIT CORPORATIO    UNSECURED      NOT FILED          .00             .00
CAPITAL ONE                 UNSECURED      NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     1,705.20                       1,705.20
TOM VAUGHN                  TRUSTEE                                          382.02
DEBTOR REFUND               REFUND                                            71.35

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  7,287.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 32340 DOROTHEA SMART
```

```
PRIORITY                                                           .00
SECURED                                                       3,300.00
     INTEREST                                                   266.85
UNSECURED                                                     1,561.58
ADMINISTRATIVE                                                1,705.20
TRUSTEE COMPENSATION                                            382.02
DEBTOR REFUND                                                    71.35
                                     ---------------    ---------------
TOTALS                                      7,287.00           7,287.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/27/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 32340 DOROTHEA SMART